DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of C.M., child.

H.M.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2025-1287
_____

November 12, 2025

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

H.M., pro se.

Meredith K. Hall of Children's Legal Services, Bradenton, for Appellee
Department of Children and Families.

Jamie Billotte Moses of MMPO Defense, Orlando, for Guardian ad Litem.

PER CURIAM.


        Affirmed.


ROTHSTEIN-YOUAKIM, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.